UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RICHARD JACKSON, | ) CASE NO. 1:06CV2802 |
| Plaintiff(s), | ) JUDGE CHRISTOPHER A. BOYKO |
| v. | ) |
| BAXTER INTERNATIONAL, INC., dba BAXTER HEALTHCARE CORP., | ) |
| Defendant(s). | ) **JUDGMENT** |

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

FILED
DEC 18 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND